*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**             **Date:**    May 1, 2017

**vs.**                                  **Case No.:** 17-03047-01-CR-S-MDH

**ROBBIE R. ROBINSON**

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**   Initial Appearance – Indictment

**Time Commenced:**  2:49 p.m.                **Time Terminated:**  2:52 p.m.

APPEARANCES

**Plaintiff:**   **Randy Eggert, AUSA**
**USPPTS:**   **Joel Woodward**

**Proceedings:**   Parties appear as indicated above.   Defendant appears in person.

Defendant advised of rights and counsel will be appointed by subsequent order.

Government orally moves for detention

Arraignment, Detention Hearing and Scheduling Conference set for 5/4/2017 at 10:30 a.m.

Defendant in custody.

**Courtroom Deputy/ERO:**   Karla Berziel