IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action |
| | ) | No. 17-03047-01-CR-S-MDH |
| ROBBIE R. ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER APPOINTING COUNSEL

The above-named defendant, having appeared before the Court on May 1, 2017, and defendant not having waived counsel, it is

IT IS ORDERED that the Federal Public Defenders' Office for the Western District of Missouri be, and it is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by Order of the United States District Court for the Western District of Missouri.

      /s/ David P. Rush
      DAVID P. RUSH
      United States Magistrate Judge

Date: May 1, 2017