**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**

**ROBBIE ROBINSON,**

        **Defendant.**

**Case No. 17-03047-01-CR-S-MDH**

## MOTION FOR DETENTION

Comes now the United States of America, by and through Tammy Dickinson, United States Attorney for the Western District of Missouri, and the undersigned Assistant United States Attorney, and hereby moves this Court to order the detention of the defendant, ROBBIE ROBINSON, and states the following in support of the motion:

1. An indictment has been filed charging the defendant with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

2. Title 18, United States Code, Section 3142(f) provides, in pertinent part, that hearing must be held by the appropriate judicial officer to determine whether any condition or combination of conditions "will reasonably assure the appearance of such person as required and the safety of any other person and the community" if the attorney for the Government moves for such a hearing and the case involves:

"(E) any felony that is not otherwise a crime of violence that involves… the possession or use of a firearm… ."

3. The defendant has been previously convicted of attempted rape of a child and failure to register as a sex offender. As result of the defendant's convictions, he is currently on parole.

4. The defendant is a gang member.

5. The defendant was arrested after attempting to sell marijuana to an individual at Walmart. A firearm was located on his person, along with a quantity of marijuana.

6. The defendant had not registered as a sex offender in the State of Missouri despite his obligation to do so.

7. The defendant confessed to possessing the firearm.

8. The evidence against the defendant is overwhelming.

Wherefore, based upon the foregoing, the United States submits that there is clear and convincing evidence that there are no conditions which the Court could place upon the defendant that would reasonably assure the defendant's appearance in Court and the safety of the community.  The Government therefore requests that a detention hearing be held and that the defendant be detained pending trial of this matter.

Respectfully submitted,

Thomas Larson
Acting United States Attorney

By: /s/ James J. Kelleher
   James J. Kelleher
   Assistant United States Attorney
   Missouri Bar No. 51921

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on May 3, 2017, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ James J. Kelleher*
James J. Kelleher
Assistant United States Attorney