*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

**MINUTE SHEET**

**UNITED STATES OF AMERICA**  Date:  May 4, 2017

vs.  Case No.:  17-03047-01-CR-S-MDH

**ROBBIE R. ROBINSON**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**  Arraignment
 Detention Hearing
 Scheduling Conference

**Time Commenced:**  1:02 p.m.  **Time Terminated:**  1:05 p.m.

---

**APPEARANCES**

**Plaintiff:**  Jim Kelleher, AUSA
**Defendant:**  Ian Lewis, FPD
**USPPTS:**  Joel Woodward

---

**Proceedings:**  Parties appear as indicated above.  Defendant appears in person.

 *Arraignment*:  Defendant waives formal reading of the Indictment and enters a plea of not guilty as to all counts naming Defendant.  Defendant's counsel will file Defendant's *Financial Affidavit* (CJA Form 23) within ten (10) days of the date of this hearing.

 *Scheduling Conference*:  A scheduling order setting forth discovery deadlines will be entered by the Court.  Case placed on the next Joint Criminal Trial Docket.

 *Detention Hearing*:  The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer.  The Government has filed a *Motion for Detention Hearing* (Doc. 12).  Arguments made regarding Defendant's custody.  The Court finds an adequate basis for detention and will issue a written order.

**Defendant in custody.**

**Courtroom Deputy/ERO:** Karla Berziel