# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
     June 12, 2017

## ORDER

     Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate Judge James C. England and David P. Rush commencing on, May 23, 2017, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference.</u>** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing June 12, 2017.

     All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

     Regarding motions for continuance and possible changes of plea, it is

     ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is July 17, 2017, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled**

**pretrial conference shall be considered untimely.** A motion not timely filed will be summarily denied. Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. The moving party must attach a written Waiver of Speedy Trial Rights bearing his or her client's signature. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>Tuesday, May 23, 2017</u>**

**The following cases are set at 9:30 a.m. before Judge Rush:**

| | | | |
|---|---|---|---|
| 16-03036-CR-S-MDH | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Bros Kong | Ian Lewis |
| | | | |
| 16-03041-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | John Michael Bradley | Ann Koszuth |
| | | | |
| 16-3105-CR-S-BCW | | United States | Ami Miller |
| | | v. | |
| | -01 | Samuel Lynn Adams | Ann Koszuth |

| | | |
|---|---|---|
| 16-05042-CR-SW-MDH | United States | Ami Miller |
| | v. | |
| -01 | Aaron Sean Fletcher | Ian Lewis |
| | | |
| 16-03116-CR-S-RK | United States | Steve Mohlhenrich |
| | v. | |
| -01 | Pamela M. Van Drie | Ann Koszuth |
| -02 | Lorin G. Van Drie | Josh Roberts |
| | | |
| 17-05012-CR-SW-BP | United States | Steve Mohlhenrich |
| | v. | |
| -01 | Gabriel Acosta-Valdez | Ian Lewis |
| | | |
| 17-03045-CR-S-MDH | United States | Ami Miller |
| | v. | |
| -01 | Kelly Martin Roods | Ian Lewis |
| | | |
| 17-03042-CR-S-MDH | United States | Ami Miller |
| | v. | |
| -01 | Corey Dean Frasher | Ann Koszuth |
| | | |
| 17-03043-CR-S-MDH | United States | Ami Miller |
| | v. | |
| -01 | Scott James Wells | David Mercer |

| | | | |
|---|---|---|---|
| 16-03107 –CR-S-BP | | United States | Ami Miller |
| | v. | | |
| -01 | | Mark Damon Dunn | Ann Koszuth |

| | | | |
|---|---|---|---|
| 17-03038-CR-S-BP | | United States | Jody Larison |
| | v. | | |
| -01 | | Bradly Blas | Stuart Huffman |

| | | | |
|---|---|---|---|
| 17-03037-CR-S-SRB | | United States | Tim Garrison |
| | v. | | |
| -01 | | Jose Aguliar-Cruz | Kristin Jones |
| -02 | | Phillip Duane George | Penny Speake |

| | | | |
|---|---|---|---|
| 17-03035-CR-S-MDH | | United States | Nhan Nguyen |
| | v. | | |
| -01 | | Luis J. Duarte | Shane Cantin |
| -02 | | Adriana Gutierrez-Ramirez | Will Worsham |

| | | | |
|---|---|---|---|
| 16-05024-CR-SW-BP | | United States | Casey Clark |
| | v. | | |
| -01 | | Joan Myrna Reudas-Vargas | Michelle Moulder |

| | | | |
|---|---|---|---|
| 17-03039-CR-S-MDH | | United States | Jody Larison |
| | v. | | |
| -01 | | Stephen T. Gross | Ann Koszuth |

| | | | |
|---|---|---|---|
| 16-05037-CR-SW-RK | | United States | Casey Clark |
| | | v. | |
| | -01 | Kerry D. Sanders | Ian Lewis |
| | -02 | Troy G. Lewis | Kristin Jones |
| | | | |
| 16-03062-CR-S-RK | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Danny R. Jones | Jason Coatney |
| | -02 | Gerald A. Jones | Stacie Bilyeu |
| | -05 | Richard E. Yarber | David Back |
| | -07 | Johnathan P. Thrasher | Bob Lewis |
| | | | |
| 16-03099-CR-S-RK | | United States | Tim Garrison |
| | | v. | |
| | -01 | Leo Mays | David Back |
| | | | |
| 15-03021-CR-S-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | Michael Robert Hall | Ian Lewis |
| | | | |
| 15-03122-CR-S-BP | | United States | Ami Miller |
| | | v. | |
| | -01 | Dalton Cole Sherman | Michelle Moulder |

| | | |
|---|---|---|
| 16-03068-CR-S-BP | United States | Abe McGull |
| | v. | |
| -02 | Jessica Danny Johnson | Russell Dempsey |
| | | |
| 16-03031-CR-S-MDH | United States | Patrick Carney |
| | v. | |
| -01 | Phillip Ray Robinson, Jr. | Ian Lewis |
| | | |
| 17-03014-CR-S-RK | United States | Ami Miller |
| | v. | |
| -01 | Dominic Keith Pearson | Ian Lewis |
| | | |
| 17-03012-CR-S-RK | United States | Ami Miller |
| | v. | |
| -01 | Nathan Reed | David Mercer |
| | | |
| 17-03008-CR-S-MDH | United States | Casey Clark |
| | v. | |
| -01 | Rick A. Blair, Jr. | David Mercer |
| | | |
| 17-05008-CR-SW-SRB | United States | Jody Larison |
| | v. | |
| -01 | Jeffery B. Stout | David Mercer |

| Case Number | Plaintiff | | Attorney |
|---|---|---|---|
| 17-03006-CR-S-RK | United States | | Nhan Nguyen |
| | v. | | |
| -01 | Ruben A. Perez | | David Mercer |
| 16-03029-CR-S-MDH | United States | | Casey Clark |
| | v. | | |
| -01 | Nancy Lorine Walker | | Bob Lewis |
| -02 | Carolyn Alice Cobb | | Kristin Jones |
| -03 | Clementine Lockett | | Alison Hershewe |
| 17-05002-CR-SW-BCW | United States | | Ami Miller |
| | v. | | |
| -01 | Michael Dean Stanton | | Erica Mynarich |
| 16-05040-CR-SW-BP | United States | | Ami Miller |
| | v. | | |
| -01 | Brian G. Long | | Erica Mynarich |
| 16-03027-CR-S0MDH | United States | | Jim Kellehr |
| | v. | | |
| -01 | Matthew Price | | Ian Lewis |
| 17-05011-CR-SW-BCW | United States | | Jim Kelleher |
| | v. | | |
| -01 | James Snare | | Ann Koszuth |

| | | |
|---|---|---|
| 17-03052-CR-S-MDH | United States | Patrick Carney |
| | v. | |
| -01 | Joshua Adam Fulgium | David Mercer |
| | | |
| 17-03040-CR-S-MDH | United States | Nhan Nguyen |
| | v. | |
| -01 | Tommy D. Collins | Ann Koszuth |
| | | |
| 15-03006-CR-S-SRB | United States | Abe McGull |
| | v. | |
| -01 | Kevin Robert Thomas | Michelle Moulder |
| | | |
| 17-03041-CR-S-MDH | United States | Nhan Nguyen |
| | v. | |
| -01 | Craig Shade | Michelle Law |
| | | |
| 17-03044-CR-S-SRB | United States | Casey Clark |
| | v. | |
| -01 | Brian Gregory | Michelle Moulder |
| | | |
| 17-05013-CR-SW-BP | United States | Jim Kelleher |
| | v. | |
| -01 | Gary Stewart | Ann Koszuth |

| | | |
|---|---|---|
| 16-03090-CR-S0BP | United States | Jody Larison |
| | v. | |
| -01 | Kristina Beller | David Mercer |
| | | |
| 17-03048-CR-S-RK | United States | Jim Kelleher |
| | v. | |
| -01 | Donald Jones | Ian Lewis |
| | | |
| 17-03047-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Robbie Robinson | Ian Lewis |
| | | |
| 17-03049-CR-S-BCW | United States | Jim Kelleher |
| | v. | |
| -01 | Randall Hale | David Mercer |

                                       */s/ David P. Rush*
                                         DAVID P. RUSH
                            UNITED STATES MAGISTRATE JUDGE

Date: May 8, 2017